FRANK A. FRIEDMAN, Respondent, *v.* JAMES H. BRESLIN, Appellant.

*Friedman* v. *Breslin*, 51 App. Div. 268, affirmed.
(Argued November 25, 1901; decided December 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 29, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*William J. Fanning* and *Samuel S. Thomas* for appellant.

*Emanuel J. Myers* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.